No. 1322. PENNSYLVANIA *v.* DAVIS. Sup. Ct. Pa. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 1355. MIDDLEWEST MOTOR FREIGHT BUREAU ET AL. *v.* UNITED STATES ET AL. C. A. 8th Cir. Certiorari denied. MR. JUSTICE STEWART is of the opinion that certiorari should be granted. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 1395. DeSAPIO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE STEWART are of the opinion that certiorari should be granted. MR. JUSTICE WHITE took no part in the consideration or decision of this petition.

No. 1531. DAVIS *v.* MEMBERS OF SELECTIVE SERVICE BOARD No. 30 OF DALLAS, TEXAS, ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 1540. BERZANSKIS *v.* DALEY ET AL. Sup. Ct. Ill. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 1543. NIX *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 5157. CHAMBERS ET AL. *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.